## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2928 Disciplinary Docket No. 3 |
| | : | |
| SAMUEL BAILEY, JR. | : | No. 156 DB 2022 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 21-BG-476) |
| | : | |
| | : | Attorney Registration No. 27234 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 25th day of January, 2023, upon consideration of the response to a Notice and Order directing him to provide reasons against the imposition of comparable discipline, Samuel Bailey, Jr., is suspended for a period of one year and one day in this Commonwealth. He shall comply with all the provisions of Pa.R.D.E. 217.